IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>DAVID J. SALAZAR; and DOES 1-X, inclusive, <br><br>　　　　Defendants. <br>_____/ | No. CIV S-11-3380 LKK EFB PS <br><br><br><br><br><br><br><br><br><br>ORDER |

　　　　On February 23, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

　　　　The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full because, inter alia, Plaintiffs' complaint does not allege any federal claims, see Pls' Compl., ECF No. 1, Attach. 2, at 1-4; see also Taylor v. Anderson, 234 U.S. 74, 75-76, 34 S.Ct. 724, 58 L.Ed. 1218 (1914) (whether a cause of action arises under the Constitution, treaties or laws of the United States must be determined solely from what is contained in the plaintiff's well-pleaded

1  complaint).

2          Accordingly, IT IS ORDERED that:

3          1. The proposed Findings and Recommendations filed February 23, 2012, are
4  ADOPTED;

5          2. The above-captioned case is REMANDED to the Superior Court of the State
6  of California in and for the County of Solano; and

7          3. Defendant's petition to dismiss the state court action, Dckt. No. 3, is denied as
8  moot.

9  DATED: May 9, 2012.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```